# PD-1241&1242-15

PDR NOS. _____
_____

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 21 2015

Abel Acosta, Cler'

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

## HOWARD MARTIN HARRIS, PETITIONER
### VS.
## THE STATE OF TEXAS

---

## PETITIONER'S MOTION REQUESTING LEAVE FROM T.R.A.P. RULE (9.3)(b)(1) REQUIRING ELEVEN COPIES OF PETITION FOR DISCRETIONARY REVIEW

---

NOS. 14-14-00391-CR AND 14-14-00392-CR
IN THE COURT OF APPEALS FOR THE
FOURTEENTH DISTRICT OF TEXAS
TRIAL CAUSE NOS. 12CR1863 AND 14CR0154
IN THE 212TH DISTRICT COURT OF
GALVESTON COUNTY, TEXAS

---

HOWARD M. HARRIS, PETITIONER/PRO SE
TDCJ NO. 1940422
815 12TH STREET
HUNTSVILLE, TEXAS 77348

FILED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk

# TABLE OF CONTENTS

(page)

Table of Contents _____ 2

List of Parties _____ 3,4

T.R.A.P. Rules _____ 4

Petitioner's Motion _____ 5

Prayer _____ 7

Certificate of
Service _____ 8

Sworn Declaration _____ 8

# LIST OF PARTIES

Presiding Judge                     Honorable Bret Griffin

Appellant                           Howard Martin Harris

Appellee                            The State of Texas

Attorney for Appellant              Ms. Stacey Valdez
(Trial only)                        711 W. Bay Area Blvd.,
                                    Ste. 600
                                    Houston, Texas 77598

Attorney for Appellee               Ms. Candice Freeman
(Trial only)                        Mr. Paul Love
                                    Galveston County Criminal
                                    District Attorney's Office
                                    600 59TH Street, Ste. 1001
                                    Galveston, Texas 77551

Attorney for Appellant              Mr. Joel H. Bennett
(Appeal only)                       Sears & Bennett, LLP
                                    1100 NASA Parkway, Ste. 302
                                    Houston, Texas 77058

## LIST OF PARTIES (cont.)

Attorney for Appellee
(Appeal only)

Ms. Rebecca Klaren
Galveston County Criminal
District Attorney's Office
600 59TH Street, Ste.1001
Galveston, Texas 77551

## T.R.A.P. RULES

T.R.A.P. Rule 2

Suspension of Rules

T.R.A.P. Rule 9.3(b)(1)

Number of Copies to be
Filed in the Court of
Criminal Appeals

_____

HOWARD M. HARRIS            IN THE COURT OF

  (PETITIONER)              CRIMINAL APPEALS

      VS.                   AUSTIN, TEXAS

THE STATE OF TEXAS

## PETITIONER'S MOTION REQUESTING LEAVE FROM T.R.A.P. RULE 9.3(b)(i) REQUIRING ELEVEN COPIES OF PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT;

    NOW COMES, PETITIONER/PRO SE, Howard M. Harris, in the above captioned matter, and respectfully requests this Court to suspend T.R.A.P. Rule 9.3(b)(i) requiring the filing of the original and eleven copies of any document addressed to the Court of Criminal Appeals, as provided under T.R.A.P. Rule 2 Suspension of Rules. Petitioner for good cause would show the Court as follows:

    1.) Petitioner was charged with the offenses of Aggravated Sexual Assault and Aggravated kidnapping, Cause Nos. 12CR1863 and 14CR0154 in the 212TH District Court of Galveston County, Texas.

    2.) Petitioner appealed the convictions on both indicted offenses to the 14TH District Court of

Appeals Houston Texas; Appeal Cause Nos. 14-14-00391-CR and 14-14-00392-CR.

3.) Petitioner's convictions were affirmed by the 14TH District Court of, Appeals on August 25TH, 2015.

4.) Court appointed counsel for the Petitioner filed a Motion For Rehearing with the 14TH District Court of Appeals on August 25TH, 2015.

5.) Petitioner's Motion for Rehearing was denied on _September 10[TH]_, _2015_.

6.) Petitioner desires to file a Petition For Discretionary Review of the Court of Appeals decision with the Court of Criminal Appeals, Austin, Texas.

7.) Petitioner will no longer be represented by counsel, and thusly, Petitioner will be filing the Petition for Discretionary Review pro se.

8.) Petitioner is incarcerated in the Texas Department of Criminal Justice without access to a copying machine.

9.) Petitioner is totally indigent and without financial means to purchase the required copies.

10.) Petitioner is without support from friends or family who might otherwise purchase or make the copies for him.

11.) T.R.A.P. Rule 2 allows that, "on a party's motion or on its own iniative an appellate court may-to expedite a decision or for other good

6

cause - suspend a rule's opperation in a particular case and order a different procedure".

In the alternative, to filing the original and eleven copies of the Petition For Discretionary Review, Petitioner respectfully requests the Court to allow the Petitioner to file only the original and one copy of the Petition For Discretionary Review in order that Petitioner may be able to continue in the Appeals process without suffering from restrictions caused by being incarcerated, being indigent, and not having professional legal counsel, and that the Petitioner may, therefore, more expediantly file the Petition For Discretionary Review.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Petitioner prays, that having found good cause, this Honorable Court will grant Petitioner's Motion Requesting Leave From T.R.A.P. Rule 9.3(b)(1) Requiring Eleven Copies Of Petition For Discretionary Review.

Respectfully Submitted,

Howard M. Harris
(Petitioner/ pro se)

Howard Harris #1940422
TDCJ/ Huntsville Unit
815 12TH street
Huntsville, Texas 77348

7

## CERTIFICATE OF SERVICE

I hereby certify that on September 18TH 2015, a true and correct copy of Petitioner's Motion Requesting Leave From T.R.A.P. Rule 9.3(b)(1) Requiring Eleven Copies of Petition For Discretionary Review, to be filed in the Court of Criminal Appeals has been forwarded by U.S. Mail, postage prepaid, first class, to Attorney for State Rebecca Klaren, in care of the Galveston County Criminal District Attorney's Office, at 600 59TH Street, Suite 1001, Galveston, Texas 77551, and to the State Prosecuting Attorney, PO Box 12405, Austin, Texas 78711 on this the 18TH day of September, 2015.

*Howard Harris*
(petitioner / pro se)

## SWORN DECLARATION

I, Howard Harris, TDCJ No. 1940422, being presently incarcerated in the Huntsville Unit of the Texas Department of Criminal Justice - Institutional Division in Walker County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 18TH day of September, 2015.

*Howard Harris* (petitioner, pro se)

Howard Harris
TDCJ # 1940422

8